UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Civil Case

Date **10/2/08** Judge **CD Perry** Case No. **1:08CV113 CDP**

**Dande Inc** v. **Cat Inc, et al**

Court Reporter **T. Hopwood** Deputy Clerk **M Schaig**

Attorney(s) for Plaintiff(s) **Richard Whiffen**

Attorney(s) for Defendant(s) **Shaun Hanschen + Joe Blanken**

☐ Court Appoints _____ ☐ Sealed Proceeding

**Proceedings:**

☐ Rule 16 Conference ☐ Pretrial Conference
☐ Status Conference ☐ In Chambers Conference
☐ Motion Hearing ☐ Informal Matter
☐ Oral Arguments ☐ Settlement Conference

Parties present for hearing on **Evidentiary hearing**
Evidence & testimony presented
Exhibits π 1-7 + Δ A-G submitted to the court.
The court grants motion to dismiss for lack jurisdiction.
Dande Inc fails because there is not enough evidence re: general jurisdiction.

Next hearing date/time _____ Type of hearing _____

Before _____

Proceeding commenced **10:42 – 1:02** Proceeding concluded **1:30 – 2:11**

Continued to _____

☐ **TERMINATE CASE REFERRAL** ☐ **COPY TO DISTRICT JUDGE**

This case is dismissed w/o prejudice. Order will be entered.

EXHIBIT LIST

PAGE 2

1. Phone list
2. Undertaking
3.
4. Letter 7/26/07
5.
6.
7. Ins. doc
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.

A. Certificate of Incorporation
B. Incorporation of Sikeston Transp
C. Corporate Record of CAT
D. Corporate Records of Sikeston Trans
E. Undertaking
F. Lease agreement
G. Organization of CAT
H.
I.
J.
K.
L.
M.
N.
O.
P.
Q.
R.
S.
T.
U.
V.
W.
X.

## WITNESS LIST

DATE: 10/2/08   CAUSE NUMBER: V.08CV113CDP
STYLE: Dande, Inc v CNT Inc et al

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. Shonna Collins | Stephane Garon |
| 2. David Richards | |
| 3. Tony Barnett | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |
| 21. | |
| 22. | |
| 23. | |
| 24. | |
| 25. | |